**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>Malachi I. Yahtues</u>

    v.                                                        Case No. 16-cv-174-SM

<u>David Dionne and</u>
<u>Willie Scurry</u>

**REPORT AND RECOMMENDATION**

Plaintiff Malachi Yahtues has filed a "Notice of Dismissal" (Doc. No. 272), asking the Court "to dismiss his remaining claims in the above docket." Doc. No. 272, at 1. The defendants have filed a response (Doc. No. 273) asserting that Mr. Yahtues's "Notice of Dismissal" should be construed as a motion to dismiss Claims 5(a) and 5(b) under Fed. R. Civ. P. 15(a),[1] and, if so construed, that they do not object to the relief requested.

For the reasons stated in the defendants' response, the undersigned Magistrate Judge finds that Document No. 272 should be construed as a motion to dismiss Claims 5(a) and 5(b) from this action pursuant to Fed. R. Civ. P. 15(a), and recommends that the District Judge enter the following Order:

    **1.    Plaintiff Malachi Yahtues's "Notice of Dismissal" (Doc. No. 272) is construed as a motion to**

---

[1]Claims 5(a) and 5(b) are identified in the Court's August 17, 2020 Report and Recommendation (Doc. No. 255, at 3), which was approved by the District Judge on September 9, 2020 (Doc. No. 257).

**dismiss Claims 5(a) and 5(b) from this action (Doc. No. 272) and, so construed, is GRANTED.**

**2. All of the court orders previously issued in this case remain undisturbed and binding upon the parties.**

**3. As Claims 5(a) and 5(b) are the only claims remaining in this case, the case is dismissed, and any motions pending in this case are terminated.**

**4. The Clerk of Court is directed to enter judgment and close this case.**

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

September 10, 2021

cc: Malachi I. Yahtues, pro se
    Matthew Vernon Burrows, Esq.
    Peter A. Meyer, Esq.
    Sarah S. Murdough, Esq.